No. 5859.—CRUZ, apldo., *v.* MONTAÑEZ, VÁZQUEZ Y PINTO, apltes.— C. D. San Juan. Mayo 4, 1933.

Examinados los autos y apareciendo que está envuelta en este caso una cuestión similar a la que acaba de decidirse en el recurso No. 5860, *Jesús Pérez Cosme* v. *Vicente Montañez, Juana Beatriz Vázquez y Severa Pinto,* sobre rectificación de escritura; por los motivos consignados en la opinión emitida en el dicho recurso No. 5860, se confirma la sentencia aquí apelada que dictó la Corte de Distrito de San Juan el 26 de marzo de 1931.

No. 285.—ANNONI ET ALS., peticionarios, *v.* CORTE DE DISTRITO DE MAYAGÜEZ, HON. CHARLES E. FOOTE, JUEZ, dmda.— Mayo 25, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

No habiendo los peticionarios demostrado la necesidad o procedencia de una resolución de su moción sobre nulidad de los procedimientos habidos en el caso de referencia como cuestión previa al cumplimiento de lo prescrito por la Sección 84 del Código de Enjuiciamiento Civil, no ha lugar al auto de *mandamus* solicitado.